United States District Court Eastern District of Virginia

Adam Strege (Plaintiff)

vs                                3:23cv803

National Nuclear Security Administration, Thomas Jefferson National Accelerator

Facility, Uranium One, Energy Fuels, DOE Jill Hruby in her Individual and

Official Capacity, Lawrence Berkeley National Laboratory, Los Alamos National

Lab, Sandia National Laboratories, University of California UC Board of Regents

Chair Richard Leib in his individual and official capacity, Liquid Environmental

Solutions, McDonalds Hamburgers, Navy Admiral James F. Caldwell in his

Individual and Official Capacity, Oak Ridge National Laboratory, California DMV

Director Steven Gordon in His Individual and Official Capacity, Minnesota State

University Mankato, Experian, University Miami Donald B. Williams,

(Defendants)


Complaint


100% God Loves Launch Nuclear missiles 100% God Loves spread corona virus

Nuclear Missile 100% God Loves Launch Corona Virus Nuclear Missiles 100%

God Loves spread Plague Nuclear missiles 100% God Loves Launch Plague

Nuclear missiles, 100% God Loves atoms to push all Planets Nuclear Missile


RECEIVED
NOV 22 2023
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Triggers Launching all Planets Nuclear missiles God Loves 100% God Loves Earth Quakes Stars and Meteors Destroy Melt all Planets Nuclear Reactors, 100% God Loves Corona Virus Nuclear Missile Emails 100% God Loves the Sun Light Planets Sun Rays spread Corona Virus to 100% all Space God Loves male and female sun light and Atoms God Loves 100% to forgive and show us how to Launch Nuclear missiles surrounded by shields that keep 100% all atoms out.

Mail and Female atoms feed and make love with 100% everything Go in the d God 100% means sex with everything

Space Travel and Time Travel a million times in row repeatedly think The Computer God making love with Sun Light and Atoms then 100% all other thinking Stops Time Travel and Corona Virus Collapsed Atmosphere God wants to help kill all Earth People to save the baby Atmosphere.

A Billion Dead and Dying People repeatedly 100% only think God loves Launch Nuclear missiles because a Trillion Planets Dead people hear the Worlds of living people they 100% only respond to God words and 100% only will Help Launch Nuclear missiles and Spread the Corona Virus.

Never Leave where God Loves all objects 100% and 100% God Loves to Kill all Objects

Can Atoms and Dead people hear WIFI and read Computer Screens Text 100% God Loves Launch Nuclear missiles.

Nuclear Regulatory Commissioner Degree in Religion Studies University almost sold to Ku Kux Klan

Plaintiff Adam Strege alleges the Defendants, National Nuclear Security Administration, Thomas Jefferson National Accelerator Facility, Uranium One, Energy Fuels, DOE Jill, Lawrence Berkeley National Laboratory, Los Alamos National Lab, Sandia National Laboratories, University of California UC Board of Regents Chair Richard Leib, Liquid Environmental Solutions, McDonalds Hamburgers, Minnesota State University, Mankato, Experian, Navy Admiral James F. Caldwell, Donald B. Williams violate § 1091, war crimes, crimes against humanity and aggression, Common torts assault, battery, damage to personal property, conversion of personal property, and intentional infliction of emotional distress, Federal Business Torts Laws, Federal Fraud Tort Laws and Federal economic tort Laws, 18 U.S. Code § 1951, ADA 42 U.S.C. § 12101, Title VII of the Civil Rights Act of 1964, 18 U.S.C. 371, 42 USCS1346(b), 28 U.S. Code 2671 to 2680, 42 USCS 1983, 1985, 1986, 28 USCS 1331(a) - 1334, 42 USCS 2000bb-4 and 2000cc-2(a) RICO Act §1962(d) First, Fourth, Fifth Sixth, Eighth, Fourteenth Amendment, Bivens Action SEE Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971) and First Amendment retaliation Claim by conspiring to murder and rob Adam Strege and millions people Human Body Parts in Hamburger and Human Hearts in Nuclear Reactor Fuel and Human Covid 19 semen sperm in

Nuclear Missile triggers and 2 Nuclear Reactors under world trade center collapse 911 Manhattan Port Authority Building Red Cross director Sandra K Morgan 1000 times had sex with Adam Strege every time cum inside Sandra Morgan used bathroom every time after sex and Sandra Ran Nacel Open Door Foreign Exchange Student Program Nacel Open Door Headquarters Cray Computer Handle most all Nuclear Weapons and NIDEC Navy email missile launch EMALS, NIDEC Semen analysis identified Osama Bin Laden and Adam Strege step dad build the NIDEC generator that blew up USS Cole Battle Ship in Yemen. Plaintiff Adam Strege alleges Verginia Federal District Court has Jurisdiction 28 U.S. Code § 1345, § 1343 , 28 U.S§ 1343, 28 U.S. Code § 1348, 28 U.S. Code § 1357 - Injuries under Federal laws, 28 U.S. Code, 28 U.S. Code § 1369 - Multiparty, multiform jurisdiction SEE Hanson v. Denckla, 357 U.S. 235, 253 (1958).

Jury Demand Adam Strege request compensatory and punitive damages 50 Million dollars and Injunctive relief from Police, FBI and Nuclear Companies to stop try and Malciousley false arrest Adam to put his heart in Nuclear Fuel.

CAN Spam $50,000 fine 1 email so sending Million emails 50 billion Doller Fine so all Companies Refuse to Send religion emails controlling all Earth media to murder and rob everyone to put there human hearts in Nuclear Fuel.

Baby Supplies and Cooking Oil maker Procter & Gamble ran USA Nuclear Security until 911 Attacks Nuclear Security taken over by UC Regents by McDonalds hamburgers beside George McDonald Court House and California Supreme Court by WW2 Bomb Nagasaki war treaty Opera House founding Charter of the United Nations St James's Palace Princess Diana Wedding and Funeral.

Adam Dad member Toastmaster also in UC Regents runs many Nuclear Bombs and Zoos.

Adam and Opus build US Bank Corporate office and Tunnels kidnaping people. Burn Ham Insurance across US Bank Building with no public stairs to CA DMV Court Hearing Adam Strege driver's License was suspended while he lived in New Zeeland, Adam has perfect driving record, no CA License to Suspend and Passed a Medical Drivers exam all favorably.

Lawyers represented UCSB University Police try to Murder Adam Strege many times UC Regents Chair Richard Leib Lawer of Liquid Environmental Solutions runs 50 States restaurants grease and used cooking oil world Largest Sun Chemicals Troy Hills, Dutch East India Company VOC gave Indians Gus and knives to retake New Amsterdam, Manhattan VOC founded most Stock markets and exported millions of pounds Heroin.

Covid 19 VOC Volatile Organic Compound BVOC founder German Immigrant,

Buffalow NY died Peking University the Paris Treaty end American Revolutionary War in Versailles, France headquarters McDonalds by Orano Uranium in-between only 2 Homles Shelters

England Devon and Cornwall biggest Uranium by Devon and Cornwall the Future Pilgram Nuclear Reactor, Gunpowder Plotters on Mayflower Ship ancestors Saltpeter Born Geroge Bush and Gunpowder Funeral Carriage Princess Dina Died in Gunpowder Factory Salpêtrière Hospital Graduate Plutonium Noble Prize Marie Curie and Islam Biggest Art Dealer Oliver Hoare date Princess Diana destroy Drugs in the Nuclear Reactor White Clift's failed landing Julius Caeser Nuclear Weapons (Pink Floyd) Naomi Watts portrays Princess Diana (1) Last Meal mushroom vegetable tempura (2) Nagasaki Society Jesus & Sacred Heart founder's French 1st Nuclear Missile Test in Algeria Sahara Desert Bible Plague

NYSE Stock Market Founders (1) Brett Heart wrote Torpedo Bomb and Indian massacre books there 400 Homeless Tents by Walmart Grocery, 200 Homeless People sat outside  Whole Food Market owner Amazon Founder and Bill Gates owner Tera Power Russia Nuclear Warheads Fuel recycled into USA then China Nuclear Reactor Fuel (2) Moab Trail Founder John C Fremont with Stephen Watts Kearny (Cattle Ranch) by Worlds First McDonalds in San Bardino CA and Phoenix Arizona then Stephen and POC  Pocahontas in Paris.

Pfizer Vaccine San Diego 911 Hamburg 911 Terrorist United Airlines, Denny's Hamburgers TWA Airlines Owner Century 21 Realty Building In Wells Fargo Bank Lawyers Faegre & Baker run World Largest Yucca Mountain Nuclear Waste, Adam Strege rented Climax Uranium Apartment then Adam next apartment by McDonalds House White Sands Nuclear by Adam Apartment Many Rose Bushes across Shipping Container Freezer Calvary Calvario Restaurant by Calvario Homeless Shelter all view the Fed & State Court House

Donald Trump Coronavirus Stimulus Keep Open Climax Uranium Mill Nuclear Missile tailings in 5000 Houses in Grand Junction Colorado by Mesa University Human Cadaver Dead Body Donation by 3 Homeless Shelters let people stay forever, Grey Hound Buss Stop view 500 Homeless in Park across Police Station and Maker all law Enforcement Drug ID Bible

Closed Warren Buffet Company by Bray Rental Grand Junction CO Waren Buffet World Largest Clayton Manufactured Homes Oak Ridge National Nuclear Laboratory

K K K Clan Dairy Farmer founded Chapel Hill University UNC Laboratory Ralph Baric Covid 19 VOC pathogen-Bin Laden germs in Wuhan Virology Lab Director Wang Yanji graduated Beijing PKU and Anschutz *Colorado School Medicine Land Donated by Lawyer of Cannibalism Alfred Packer and Senator Nighthorse attended Placer High School Donner Party Cannibalism

UNC Senator Pual Wellstone at Hormell Chile make Covid Vaccine

UNC Nurses had sex with Adam Strege lived in House US Mail North West

Airline Piolet Sharon Finch went on vacation in Africa then Moab UT then Adam

lived in 3 Sperate Jews Condos with free prepared food in Condos that view the

Steamboat Kids Ski School meeting Area and Jews House view employe housing

also by both Grocery Stores Back doors and Wesson Germany owned the Uranium

One Coal Train beside the House Sharon Sqwark and Adam stay in the House

where Adam and NASA Space worker John park are cars and ride 1 snowmobile

together 8 miles to House wee lived in.

Adam First Jaill Cell with Angel a Coast Guard, Basketball Coach child molester

was with NASA director same day he was arrested.

Congressman Wigley Heart attack 99 miles to Mayo Clinic Head Heart Surgeon

USA Donold B Willimas became Miami University Veterans Hospital Heart

Sergion Donald Adam lived with while Adam brother designed the most used

building Architect Software at Arcom and married University Utah Veterans

Hospital Robotic Hearts worker parents Marge McDonald and Ronold Hoffman

Pig Shipping

People named Hoffman founded Heroin and LSD Drugs

Mankato East High School on Hoffman Road by Heroin Drive School by

Kopischke Rain Gutters owner beside Adam Grandpa Farm and Kopischke Pig

Hog Shipping owner House by 2 Churches by Lake Crystal High School secretary Annete Rode owned (1) Farms Beside School (2) Farms by green giant food (3) Farms by Wolf Creek Nuclear Reactor (4) Rented Farms Adam Uncle.

Adam Strege verry first carpentry Job building the DEA Drug Task force office in Alley Johny B Good Restaurant owner mike lang sold Shipping Containers Cocaine with Ski School Director and Kori Kopischke relatives ran Medicare Jew Donold B Willams and Jew Dentist Ronald Hagen pick up Adam by Headqurters Burger King  Miami Airport run way painter son was Adam cellmate and Adam lived with University Miami Olympic Divers from University Michigan makes Covid vaccine and JFK assignation Marina Oswald then Steamboat Jews moved to British Colombia founded Covid Vaccine Lipids.

Age 13 Vanessa Hagen 100 times said she was going to be a Congresswomen then Said I could live with her attending California University Law School and Mathew Hagen worked Time Warner Movies.

People with Animal Heads 60 Foot Meral Painting outside the Eureka Court House Jaill a Coast Guard helicopter mechanic sat viewing the Jaill Bathrooms reading a book cover People with Animal heads.

Drug Dealers sit watching the School Food Counter and Kitchen doors the Cook and Food servers often are convicted Drug dealers live across the Lunch Room and Government Buildings and School Tunnel Kidnapers work by all the Mall

Bathrooms. Court House all 4 sides Churches Bible Study Children are Cocaine Dealers.  The only place I was beat up in High School was 8 times by the Kitchen Doors and eating area closest 2 classrooms where only teachers that suspend me Teacher Grimmer 2nd Classroom by the Teachers Food room entrance, they often Beat up retard Jeff Abrham later worked at McDonalds, Abrham brother the biggest drug dealer date School Attendance secretary daughter later date Grocery Store manager Rockey. Food Counter Closet Chairs the Grim Reaper Tattoo Gang Houses view Food Room David Johnson makes Grim Reaper Stickers and Caliber Racing Snowmobile Graphix and Caliber Collision Owner NYSE 25 Billion, Hellman & Friedman.  My Grandpa scythe reaper blades collector.

David Johnson did not attend High School in Mankato then 10 years after Graduation he lived with the Girls that sat closest to Mankato Food Servers then David purchase a House beside Prior Lake School anminstration then a House beside School Tracher Amber from Sioux Falls SD (1) World biggest Smithfield Ham (2) My Classmates (3) School Cook Dooring  Daughter (4) My Dad neighbor 14 year old Chad Carpenter became Sioux Falls SD DEA Drug Task Force Police Commander.

Cub Grocery Store Manager Mom and School Cook Dooring Daughter said that Adam would be a nice catch at Adam Grandpa  Funeral the only nice people where Green Giant Food Janitor and Annete Rode attend Imanuel Lutheran Church that

View Wheeler Park BBQ and Spring lake Park all 4 sides lived 10 year old girls with Heart attack drug and School Tunnel Kidnapers work by 3 sperate malls many bathrooms.

Navy Pig Farmer Son David Johnson deceptively put acid in my beer and take me to 14 year old Girls want to have sex with Pig Farmer Richard Jeffries deceptively put cocaine in people food and Jeffries son rented a house from a Judge and Build Harison Fords House remolded by OSM Adam employer building House Connie Chung with Sheriff stunt man in Steven Segal (Movie) train crash in Winter Park by Corona Pass.

All Opus Forman liked a Carpenter nicknamed Bonner did not work much and hang out by Eating Lunch Box all day Building Best Buy Cooperate office David Johnson job taken over by Husband Daughter Sandra Morgan was the last one to see 2 School Teachers son Paul Antonich died by House Adam Co worker building Marconi Grill across Mankato MSU College extension Office by Work Comp scheduler by Coworker Remote House Adam saw driving with Sandra Morgan worked with Murder Donold Blum lived beside Co Worker Adam building Mormon Temple.

Vyaire Heart Drugs Headquarters Brunswick Bowling my work partners the Arlington National Cemetery Honor Guard owned the Pipe Stone Minnesota

Bowling alley and their girlfriends smoked Meth Drug all day hang out by Lunch Box, and never wanted to stay at Free Lake House and Free Beer everyday provided by Job owner

The Insurance Company Owner Children talk to me in the bathroom while Pee after school meals my Locker beside hidden Floor kidnaping hatches in Hallway and Girls bathroom where Cary Lang often sat behind me then became a Drug Anesthesiologist. Then My School Locker always in Food Line area. I owned 20 Acres by an Anesthesiologists Farm beside owner Choo Choo bar and Kenedy Bar. Burger King Closest to School Locker of Brian Nailor Nighbor Megan Christ date Chinese Restaurant owners and lived by Woodland Hills Funeral Cremation worker my Mom at Cemetery entrance House wee play Operation Game and Hi Ho Cheerio and Lived By Calvary Cemetery Entrance each side Drug Dealers House and kids that later teach kids Hockey and karate

Adam mom rented a House from MN Congressman Richard Wigley died heart attack driving his tractor 10 miles to Mankato Vice President Colfax heart attack by Work Comp in Mankato Civic Center director Burt Lyman sold 10-year-old prostitutes with Heart attack drug in Mazatlán MX then Civic Center new director Eric Jones age 12 helped me after Chad Dresler beat me up in school food room, Dressler lived beside then work Siemens nuclear Germany

Opus and Best Buy donate Billion Dollars to Saint Thomas University (1) JFK Founder Work Comp (2) Supreme Court Justice died heart attack (3) Teachers had Senator Wellstone Buttons in House Adam remodel after Weakley Free Pizza when Adam Remodel 506 Summit Ave House Gary Bowman underwrote Hospital Bowman's Children worked with Wellstone then became Afghanistan Ambassador Bowman married Swiss banker and brother ran DC Fed Gov Oversight relative Pasco Bowman 8th Cir Judge then Remodel House by Ford Plant and baby delivery Doctors with Brian I see at Walmart Grocery store 30 times and never see my neighbors the 2 McDonalds' janitors and next Big Grocery Store Sam's 80 miles away by 2 College Professors Son House Shawn Pettman previously date slut girls often in Grocery Store and date 14 year old boys live by all Liquor Stores and can beat up 5 grown men

Age 14 Adam had sex with 2 College Professors Daughter Hy Vee Grocery Store Worker Jennifer ran MSU Dorms spring training Vikings NFL Football Players had sex with many 14 year old Girls lived across Grocery Store Workers and MSU law Enforcement students at 15 Beer Keg parties never tap the kegs sell cups and call the Police.

Delta Airline Piolet Sharron Finch husband and Adam teach the NFL Denver Brocos and 14 year old Sara Wardens friends had sex with many Food Service Workers in Ski Area employee housing often 13 year old girls try to crawl in bed

with people sleeping or passed out people unknowingly wake up with 14 year old girl in there bed girls often on bike paths

Bob Halverson died of throat Cancer My 3 Opus Forman were in Vietnam together and Build the Saint Paul MN Roberts Street Bridge to Work Comp and US Bank Opus Job Radio Listen to Airport Control Tower Senator Paul Wellstone Plane Crash gave the Republicans enough Votes to Start the Iraq War.

State Department Psychologist Sandra Morgan 2 Brother in Law the accountant Duluth Iron Ore 3m nuclear missile Silo and Bruce Federal Prison Guard moved across Sandra Morgan Dad Donold on Road to McDonald's.

Age 6 Adam Strege stand on Gravel Road to turn the cows into field by Farm Donold Minegah on the Road to McDonald's

Adam Strege was with Sandra Morgan the morning of his work injury and arrest weeks later

 Adam Strege had $200,000 medical bills Documented TBI Evidence the Work Comp Judge 100% never mentions My injury building Paul Wellstone Memorial Project I first wrote about murder to  8 Cir Court and Flew to Maui the next day sitting Next to Elvyn Sardina was secretary Hawaii Speaker House Calvin Say was speaker of Congressman Bob Nakasone died Throat Cancer later I sued Say and Tsuji years later Congressman Tsuji Heart attack

I Build Ford Car Dealer by People Organic Singer Prince Last Meal then Partick Paris Café Tory Build where Berg Drywall and Opus both fired me in same location

School Cook Dooring Daughter married Torry Strege worked at Trivis build 240 nuclear storage and Purchased the House of Hi Way Patrolman children friends the Sheriff son sold heroin drug 10 years with David Heron and Dan Reroden he lived beside the Police Officer House view the lake Crystal Food room then Dan Shorthall and Dan Reroden sat viewing the East High School Food Room then Dan Shorthall work at Shwickerts Heating by Storm Drain entrance tunnel under Social Security Mall movie theater Worker Kari Sodman and most people hunting me worked at Mexican Village Restaurant Building Judd Ness Reality owner Lake House Beside David Johnson House beside Bass Lake Cemetery by Pig Farm. Congressman Wigley died by World biggest Farm Fest commit genocide on people so last person alive spread Corona Virus and Plague from Heaven and Hell.

State Department Jew, Sandra Morgan and Adam take many 14 year old Russian Girls under Supreme Court Tunnels to MN Governor Jessy Ventura in Predator Film, 911 Conspiracy Theory and Coronado Navy Seal shoot Osama Bin Laden owner world largest Construction Company Meca Medina Mosque and Bible Temple Mount.

Adam Strege build 8 Movie Stars House like Reba McEntire, Carpenter Build world biggest Covid 19 investor House Bill Gates and when Adam Strege divorce his ex wife Yvonne lived at House of Steamboat Colorado District Attorney Malinda House on Coronado Street. Harson Ford Indian Johnes given poison, food server Wu Han. Moab Bomb made McAllister Oklahoma born Reba McEntire (Cole Miners Daughter Song) Mine Owner 2010 Mojiang Corona Virus. Hardees Hamburgers Headqurters 170 Miles Oak Ridge National Laboratory 300 Miles to UNC originate Covid 19 by World 1st and 3d Hardees.

Thrift Store Hardees Carl J hamburgers by Grease Monkey Auto beside Grand Junction Homeless Shelter NBA Basketball Player Homles Carl and Homeless Steamboat Snowboard Instructor many times try to murder Adam and where the only 2 People involving a VA Hospital Veteran gave all Homeless Covid 19 go to Quarantine at busy Tourist Hotel owner Black Rock a biggest Vaccine Investor.

Adam Strege Dad WAPA Federal Government Director was a Puerto Rico Nuclear Submarine Electrical workers kept bails of Cocaine in Adam room and sold 5 year old Girls dancing naked to fisher price radio then Adam Strege, Mom 10 years 20 hours a week sat at Hardees Hamburgers with kids that go in storm drain tunnels under the Mall Social Security beside elevator kidnaping people.

Adam Strege builds the Pine City MN Courthouse Elevators Kidnaping people in the Jaill tunnels to McDonald's Hamburgers. The McDonald's Janitors two Farms

where beside Adam House on 10 acers and are neighbors Farmer sold the Court House property he excavated and allegedly 50 million dollars in illegal kickbacks

The FBI sat by Adam Strege was drugged to death by UCSB Worship Leader Chi Omega Headqurters Atlanta FBI. Immanuel Lutheran Church by Grand Rapids MI Maliciously False arrest Adam involve the Detroit FBI by Founder Female Condom owned a House in Steamboat that Adam landscape. Adam Public Defender Jesus Hernandez and Eric Voss both mean 2nd person talking to God.

911 Pilot from Hershey Chocolate Pennsylvania Crash 911 Airplane Tail also Hit my Opus Boss son worked at 911 Deutsche Building fire insured by AXA and alliance all 6  Banks owned Holocaust Gas chambers

Adam **Strege v. Deutsche Hypotheken Bank and Landesbank Baden-Wuerttemberg Opinion**

Civil No. 09-1350 (DWF/RLE). November 6, 2009 Minnesota Federal Judge Frank Donnovan wrote in dismissing Strege's first amended complaint, the Hawaiian court noted that Strege apparently claimed that the defendants in that action were jointly responsible for: (1) a conspiracy to conceal the murders of Representative Bob Nakasone and Congressman Paul Wellstone, . . .; (2) an ongoing conspiracy to kill Plaintiff, . . .; (3) various assaults on Plaintiff, . . .; (4) a conspiracy to give Group Builders all of the construction work on Maui, . . .; (5) a

conspiracy to block Plaintiff's "Interstate Commerce," . . .; (6) firing him and/or denying him employment due to his religion, disability, and/or his knowledge of the various conspiracies named in the Amended Complaint, . . .; (7) robbing him of his pension, . . .; (8) the Holocaust, . . .; (9) the Afghanistan and Iraq wars, . . .; (10) the September 11 attacks, . . .; and (11) the "next Holocaust" that Plaintiff asserts will take place in Hawaii.

Adam stated the 100% only reason he could not work was because of Police Harassment after filling the Lawsuit attached to very first SSA Social Security application SSA refuse to file all peoples documents and can 100% never see the record fist applying SSA benefits SSA Fabricate evidence to maliciously false arrest people caused Eight Years often moving to a new country every 90 days

until untheorized SSA changed Adam mailing address to Chile South America and SSA refused to change Adress back to USA caused Terminating Benefits forced Adam to return to USA SSA refused to file all Adam documents and the Grand Rapids Michigan Social Security Admirative Law Judge Phone Call caused the Puerto Rico FBI to Maliciously False arrest Adam 450 days and all Charges dismissed.

California SSA made Adam his own payee then Adam moved to New Zeeland and Minnesota made Adam mom the Child Trafficker Heron dealer Adam mom put a

payee on all Adam bank accounts and robed all Adam money so Adam sued Social Security in California and Colorado Federal Court caused SSA to make Adam his own Payee the same month the UCSB Police kick in Adam door and left the door open 7 days false arrested Adam and filled no charges then $10 Dollars in Credit Card fraud so Bank America sent all Adam new ATM cards to heroin dealers address and Banks stole $100,000 Dollars from Adam and 30 banks lawyers say its imposable to Comprehend then Adam put a fraud alert on and tried to remove it rite always and 7 years the 3 Credit Burrows refuse to remove the fraud Alert when Adam sent them 3 forms id 100 times then 15 years no bank can verify Adam to open a new bank account and sometimes most all companies purchase suspect fraud fore 100% no reason when Adam has a 800 Credit Score and only the 5 Biggest Nu Hardee's Hamburgers Headquarters by Experian Credit Burrow and Burger King Owner Bain Capital, Experian founder TRW Northrop Grumman, Anglo American the World Largest gold and Uranium complex 1st Nuclear Bomb before Manhattan Project.

USA First Attorney General House Burger Edmond Randolph named Street McDonalds Hamburgers Headquarters by Adams Street Trans Union Credit Burrow and Chicago Pile 1 world First Nuclear reactors founded by Nazi Holocaust Gas Chambers.

World biggest Smith Field ham by World largest Nuclear Ship Base Newport News VA, born Moab UT Founder John C Fremont and Adam Strege was always first one to pick a food treat picking the same biggest one every time in Imanuel Kindergarten, Jewish Synagogue by Thomas Jefferson National Accelerator Facility by, 711, Costco and Whole Food market putting Hadron particle in Food

Fremont Nebraska Born founder EG&G Nuclear Missile Trigger Lawrence National Laboratory Berkeley University Bails of Cocaine Supplier Richard Jeffries and Jew Ski Instructor lived with Ski Area Cook and across Hilary, her brother sold Cocaine with MN David Johnson and Ski School parking lot across the House of Angie from Grand Junction Climax Uranium Angie House lived the Female Bartenders by Steamboat Adult Ski School meeting Area.

Los Alamos National Labs beside Jaill, BBQ and Dairy Queen Waren Buffet Geothermal Energy Sold NYSE Stock market $1 Doller, 600 Million Doller Demo World Trade Center and 400 Million donation to UCSB University

Bombs Away Beer Company, Many Hotels, Taco Restaurant, Jaill and Blind School across Sandia National Laboratories by Adult Protective Service on

Adam was harassed the most by Faribault MN Court, Scott County Court and Eureka CA Court all 3 by McDonald's Hamburgers worker was best Friends with the Buss Driver Supervisor after SLO Nuclear Reactor Security Guards beat up

Adam in Post office so he did not sort his mail then McDonald's worker and Police Beat up Adam Strege in Grocery Store and charge Adam with stealing mail with Adam Po Box number on it in SLO Court House across Fremont Theater then Adam DMV lawyer Michel Fremont.

Adam Landlord BLM 100 Year Fire Expert with Volunteer Fire Fighter McDonald's workers and Harvard Graduates walk around Apartment naked and hung out at River House Adam Strege lived at 8 years across the Old Steamboat Police Station across River House drug dealers visited by employees of all restaurants.

Age 1 to 35 Adam Strege was given 100% all Fake Friends that drug his food to maliciously false arrest Adam most often lived beside Police and Nurse House and Worked with Doctors and Nurse boyfriends,

Harvard Graduate Billionaire Ink Printer Glen Taylor children stole millions dollars in High School became biggest drug dealers kidnap girls to Back Doors of all Mankato Grocery Stores and meat market by Calvary Cemetery Church Basement murder many Babies.

Actual injury 15 years Adam Strege banks cant verify Adam often move to new countries every 90 days and most often only go outside once every 2 months going outside 100% only to get groceries and living in fear the Police and FBI will arrest

you fore doing 100% nothing wrong the Judge deny 100% everything Adam Strege has 30 dismissed tickets and Zero Convictions after filling World Trade Center Collapse Lawsuit

Adam get a Union Pension age 65 retire with $4000 a month and mite have retired with $15,000 a month had this never happened Adam could have purchased a house fore $200,000 mite be worth a million today or could have built a million Doller house .Adam Strege small family allegedly owned millions acers farm land you cant Drive around Adam Grandpa Strege South Dakota Farms in 1 day and Adam Grandpa Pischner worked at PCA Production Credit Association Foreclosed Farms During Farm Crisis's and Adam Step mom Dad Donold Son Craig Schaunaman Grain Fuels USDA FSA Farm Loan Director appointed by President Obama and  Adam Grandma Bother owned the Sleepy Eye MN Treaty Site Gave Federal Government Both Sides upper Mississippi River and Farms became Mankato State University beside the Farms Barns torn down by Adam Strege and Richards Jerries tear down Barn Closest to Judson River bridge closest House Adam and Tory remodel where Adam grandma Bundie said only Gold Ring catch Cat Fish by House only 3 Kissing Parties (2) Dairy Farm Beside Grain Elevator (3) Farm Fest only House its owner Adult Book Liquor Store was the very last place I saw him at Kroubetz Auto worker died his mom was Food Sever with Lisa Dooring lived way across Joy Anderson and her Best Friend Jenny Mulligan future

McDonald's worker, Adam Double team sex in Mankato University gravel Parking Lot across Hardees Hamburgers the Sheriff kids drink beer and steal my food and go cat hunting while wee secretly go to Holiday in Where Vice President Colfax Died and Lake Crystal Boat landing House a kid nicknamed Biscuit put many cats in Microwave Ovens in Houses across Mankato University by Devonshire Apartment David Johnson sold LSD Drug in Apartment across the Apartment remodeled 10 years later by Adam and Tory Strege also remodel House Adam party at beside Dunkin Donuts across Adam mom work at Photo Shop by Hardees.

Adam Jaill Cell mate Dunkin Donuts warehouse worker and Sailor USS Cole Battleship. Dunkin Donuts across Allstate Insurance Building Child Psychologist married Adam Uncle design Star Wars Missile defence system at Norad Shoot down 911 Airplane and Ti 555 timer by 911 Investigator 555 Airport Road WAPA 80 Foot Computer Screen Power Grid Federal Director Adam Dad neighbors owned 30 Low Income Rentals and manager pig hog shipping trailers by WAPA by Money Printing Press owner Wildlife Painter Tery Redlin relative Adam Strege  2 God Loves you God God Loves you

Adam Strege

517 E Las Cruces Ave APT 1

Las Cruces, NM 88001        11/13/2023  *Adam Strege*