UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| ADAM STREGE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:23CV803 (RCY) |
| | ) | |
| NATIONAL NUCLEAR SECURITY | ) | |
| ADMINISTRATION, *et al.*, | ) | |
|     Defendants. | ) | |
| | ) | |

**MEMORANDUM OPINION**

In its Order to Show Cause entered on December 6, 2023, the Court directed Plaintiff to file an Amended Complaint curing the deficiencies noted in the Order to Show Cause. Order, ECF No. 2. Plaintiff was warned that failure to comply with the terms of the Order to Show Cause could result in dismissal of the action. *Id.* On December 13, 2023, Plaintiff filed a new Complaint, ECF No. 4, which became the operative Complaint in this action, per the Court's Order to Show Cause. However, the newly filed Complaint fails to cure the deficiencies noted in the Order to Show Cause or otherwise abide by the terms of the Order and once again fails to state any discernable—let alone cognizable—claim. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall issue.

                                                                  /s/ *RCY*
                                                  Roderick C. Young
                                                  United States District Judge

Date: <u>December 20, 2023</u>
Richmond, Virginia